**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**DARYL CARPENTER,**

> **Plaintiff,**

> **v.**                                                  **Civil Action No. 3:24cv782**

**UNKNOWN,**

> **Defendant.**

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter asking the Court for legal assistance with filing a case. (ECF No. 1.)  By Memorandum Order entered on November 14, 2024, the Court explained that it may not provide legal assistance to litigants, and that Plaintiff should contact the law library at his institution for the information he seeks. (ECF No. 2, at 1.)  However, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 2, at 1.)  The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof.  (ECF No. 2, at 1.)  The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form.  Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 12/20/2024                           _____/s/_____
Richmond, Virginia                          M. Hannah Lauck
                                            United States District Judge